ACCEPTED
06-15-00068-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 4:55:21 PM
DEBBIE AUTREY
CLERK

## Docket Number: 06-15-00068-CV

| | |
|---|---|
| **DONAL TURNER**<br>**Appellant** | **IN THE 6TH COURT OF APPEAL** |
| **VERSUS** | **OF** |
| **CHRISTUS ST. MICHEAL**<br>**HEALTH CENTER**<br>**Appellee** | **TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/16/2015 4:55:21 PM
DEBBIE AUTREY
Clerk

### MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE JUSTICES OF SAID COURT**

NOW COMES Appellant, Donal Turner, who ask the Court to extend the time to file their brief.

### A. Introduction

1.  Appellant is Donal Turner; Appellee is Christus St. Michael Health Center.

### B. Argument & Authorities

2.  The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file the brief.

3.  Appellant brief is due on December 21, 2015.

4.  Appellant requests an additional 30 days to file their brief, extending the time until January 19, 2016.

5.  No previous extension has been granted to extend the time to file Appellants' brief.

6.  Appellant needs additional time to file their brief in this matter because Counsel's recent schedule has included several hearings, mediations, and other matter which hasn't given counsel time to prepare a brief in this matter.

### C. Prayer

7.  For these reason, Appellant ask the Court to grant an extension of time to file their brief until January 19, 2016.

THE BERNOUDY LAW FIRM

Respectfully Submitted by:


THE BERNOUDY LAW FIRM

By: _____

Michael L. Bernoudy, Jr.
Texas Bar No. 24051882
2400 W. Grand Ave.
Marshall, TX 75670
Telephone:  (903) 935-4223
Fax:  (903) 935-4228
MLBjr@bernoudylawfirm.com
www.bernoudylawfirm.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading was served via fax

to Michelle E. Robberson at (214) 712-9540 this _16th_ day of December, 2015.


SIGNED this _16th_ day of ___December___, 2015.

_____
MICHAEL L. BERNOUDY, JR.